UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE:   ORLAY LIMA MONTALVAN                               CASE NUMBER: 24-18104 CLC

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
**(If this case is dismissed, this deficiency is an objection to reinstate)**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes to this recommendation the day before the hearing on the front page of the Trustee's website.

**\*\*\*RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT\*\*\***

**THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED**

TRUSTEE'S RECOMMENDATION FOR HEARING

LAST REVIEWED: **12/10/2024**

**1AP served 11/8**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record: Continue to 1/28:**
**Due on or before 12/24:** Remains unresolved from 10/29: 1) Upon review of letter of explanation and bank statements provided, Debtor to provide detailed trace of use of $76,000 received on March 19, 2024, from Pearl Delta as Trustee is unable to follow the explanation as provided ($39,051.17 deposited on 3/20 in #9877, not $57,219.39 as indicated in letter) and Debtor failed to provide an explanation as well as evidence of use of the following withdrawals from #5351 on 3/25 $14,000, 3/25 $10,000 and 3/27 $9,000 (Total $33,000) – which where withdrawn the same day the funds were deposited into the account after the "fraud" occurred with #9877 as indicated in letter, Remains unresolved from 11/19: 2) Provide amended tolling waiver including address, 2) Provide evidence of valuation Scooter (per tolling waiver $700) and **NEW ISSUES due on or before 12/24:** 3) Provide copies of checks and explanation and evidence of use of all checks and withdrawals over $999.99 from #5351, #1938/#6060 and #9877 (if not already addressed as part of more detailed trace requested above)

*Trustee will request dismissal on January chapter 13 calendar if deficiency not addressed in its entirety*

*Objection (33) of Pearl Delta Funding, LLC: Bad Faith*

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402