United States Bankruptcy Court

Southern District of Florida

In re:  
Orlay Lima Montalvan  
    Debtor

Case No. 24-18104-CLC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 4  
Date Rcvd: Feb 05, 2025      Form ID: CGFD43      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Orlay Lima Montalvan, 3305 W 13TH AVE, Hialeah, FL 33012-4815 |
| 97556517 | + | 1199 HIALEAH APARTMENTS, 1197 West 35 Street, Hialeah, FL 33012-4985 |
| 97556519 | + | Alexander E. Borell, 319 Clematis Street. Suite 200, West Palm Beach, FL 33401-4615 |
| 97556525 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 97556547 | + | PEARL DELTA FUNDING, LLC,, 80 STATE STREET, Albany, NY 12207-2541 |
| 97644622 | + | Pearl Delta Funding, LLC, c/o Lorium Law Attn: Jason E. Slatkin, E, 101 NE 3rd Ave., Suite 1800, Ft. Lauderdale, FL 33301-1252 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Feb 06 2025 03:40:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 05 2025 22:46:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97556518 | + | Email/Text: bankruptcy@rentacenter.com | Feb 05 2025 22:46:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 97556520 | + | EDI: GMACFS.COM | Feb 06 2025 03:40:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 97556521 | + | Email/Text: bk@avant.com | Feb 05 2025 22:46:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 97556522 | + | EDI: BANKAMER | Feb 06 2025 03:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 97556523 | + | EDI: CITICORP | Feb 06 2025 03:40:00 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97556524 | + | EDI: CAPITALONE.COM | Feb 06 2025 03:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97556528 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 05 2025 22:46:00 | Chex Systems, Inc., ATTN: Bankruptcy Department, PO Box 583399, Minneapolis, MN 55458-3399 |
| 97556529 | + | EDI: FLDEPREV.COM | Feb 06 2025 03:40:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 97556530 | + | EDI: CITICORP | Feb 06 2025 03:40:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97642741 | | EDI: CITICORP | Feb 06 2025 03:40:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| District/off: 113C-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: CGFD43 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 97556531 | + | EDI: WFNNB.COM | | |
| | | | Feb 06 2025 03:40:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97556532 | + | EDI: WFNNB.COM | | |
| | | | Feb 06 2025 03:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97556533 | + | EDI: WFNNB.COM | | |
| | | | Feb 06 2025 03:40:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97556534 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 05 2025 22:54:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 97556544 | | EDI: CITICORP | | |
| | | | Feb 06 2025 03:40:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 97556536 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Feb 05 2025 22:46:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 97556537 | | ^ MEBN | | |
| | | | Feb 05 2025 22:42:46 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 97556538 | | EDI: FLDEPREV.COM | | |
| | | | Feb 06 2025 03:40:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 97556539 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Feb 05 2025 22:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 97556540 | + | EDI: PHINGENESIS | | |
| | | | Feb 06 2025 03:40:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 97556542 | | ^ MEBN | | |
| | | | Feb 05 2025 22:43:12 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 97556535 | | EDI: IRS.COM | | |
| | | | Feb 06 2025 03:40:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 97621195 | | EDI: JEFFERSONCAP.COM | | |
| | | | Feb 06 2025 03:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 97556526 | | EDI: JPMORGANCHASE | | |
| | | | Feb 06 2025 03:40:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 97556527 | | EDI: JPMORGANCHASE | | |
| | | | Feb 06 2025 03:40:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 97599845 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Feb 05 2025 22:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 97561110 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 05 2025 22:54:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97598627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 05 2025 22:54:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 97556545 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 05 2025 22:55:13 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 97556546 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 05 2025 23:05:39 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 97651242 | | EDI: PRA.COM | | |
| | | | Feb 06 2025 03:40:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 97651631 | | EDI: Q3G.COM | | |
| | | | Feb 06 2025 03:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 97651633 | | EDI: Q3G.COM | | |
| | | | Feb 06 2025 03:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 97607713 | | EDI: Q3G.COM | | |
| | | | Feb 06 2025 03:40:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 113C-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: CGFD43 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 97655192 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 22:54:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97556548 | | Email/Text: mhslegal@mhs.net | Feb 05 2025 22:46:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 97556549 | + | Email/Text: collbknotices@sccu.com | Feb 05 2025 22:46:00 | Space Coast Credit Union, Attn: Bankruptcy, 8045 N Wickham Road, Melbourne, FL 32940-7920 |
| 97556550 | + | EDI: SYNC | Feb 06 2025 03:40:00 | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97556551 | + | EDI: SYNC | Feb 06 2025 03:40:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97556552 | + | EDI: SYNC | Feb 06 2025 03:40:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97575076 | + | EDI: CBSTDR | Feb 06 2025 03:40:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 97556553 | + | EDI: TDBANKNORTH.COM | Feb 06 2025 03:40:00 | TD Retail Card Services/Furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 97556554 | ^ | MEBN | Feb 05 2025 22:42:45 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 97556541 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Feb 05 2025 22:45:00 | Honorable Markenzy Lapointe, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132 |
| 97556555 | + | EDI: WFFC2 | Feb 06 2025 03:40:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 97556556 | + | Email/Text: bankruptcy@wofco.com | Feb 05 2025 22:45:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97556543 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 07, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 113C-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 05, 2025 | Form ID: CGFD43 | Total Noticed: 54

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Slatkin, Esq. | on behalf of Creditor Pearl Delta Funding  LLC jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jose A Blanco | on behalf of Debtor Orlay Lima Montalvan eservice@blancopa.com  Blanco.JoseA.R105197@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Richard B. Storfer, Esq. | on behalf of Creditor Pearl Delta Funding  LLC rstorfer@loriumlaw.com |

TOTAL: 5

CGFD43 (4/23/19)



**ORDERED in the Southern District of Florida on February 5, 2025**

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–18104–CLC

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Orlay Lima Montalvan
3305 W 13TH AVE
Hialeah, FL 33012

SSN: xxx–xx–7722

## ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE

This case came before the court for confirmation of a proposed chapter 13 plan. Based on the record, it is

**ORDERED** as follows:

1. Confirmation of the proposed chapter 13 plan is denied.

2. This case is dismissed.

*Page 1 of 2*

3. All pending motions are denied as moot.

4. The trustee shall file a final report prior to the administrative closing of the case.

5. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

7. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

*Page 2 of 2*