

ORDERED in the Southern District of Florida on February 13, 2025.

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Orlay Lima Montalvan                                  Case No.: 24-18104-CLC
                                                                                    Chapter 13

                    Debtor(s)                    /

## ORDER SUSTAINING OBJECTION TO CLAIM OF 1199 HIALEAH APARTMENTS

THIS MATTER having come to be heard without objection on the consent calendar on January 28, 2025, upon Debtor's Objection to Claim of 1199 HIALEAH APARTMENTS / Alexander E. Borell; claim #7 ("Objection") [ECF#47] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is allowed as a general unsecured claim in the amount of $504.00.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)